No. 584. NITTERHOUSE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Henry D. O'Connor* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Robert B. Ross* for the United States.

No. 597. FARMER, CHAIRMAN OF THE NATIONAL LABOR RELATIONS BOARD, ET AL. *v.* UNITED ELECTRICAL, RADIO & MACHINE WORKERS OF AMERICA (UE) ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert L. Stern,* then Acting Solicitor General, and *George J. Bott* for the National Labor Relations Board, petitioner. *David Scribner* for the United Electrical, Radio & Machine Workers; *Victor Rabinowitz* for the American Communications Association; and *Harold I. Cammer* for the International Fur & Leather Workers Union, respondents.

No. 598. FARMER, CHAIRMAN OF THE NATIONAL LABOR RELATIONS BOARD, ET AL. *v.* INTERNATIONAL FUR & LEATHER WORKERS UNION OF UNITED STATES AND CANADA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Robert L. Stern,* then Acting Solicitor General, and *George J. Bott* filed the petition for the National Labor Relations Board, petitioner. *Solicitor General Sobeloff* and *Mr. Bott* filed a memorandum in reply to the brief in opposition. *Harold I. Cammer* and *David Rein* for respondent.

No. 603. BALTIMORE & OHIO RAILROAD CO. *v.* JOHNSON, ADMINISTRATRIX. C. A. 3d Cir. Certiorari denied. *Edwin H. Burgess* and *Kenneth H. Ekin* for petitioner.